# No. 23-1854

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

―――――――――――

D.C., by his parents and guardians, Trevor Chaplick and Vivian Chaplick, *et al.*,

*Plaintiffs-Appellants,*

v.

FAIRFAX COUNTY SCHOOL BOARD; VIRGINIA DEPARTMENT OF EDUCATION; DR. MICHELLE REID, Superintendent of Fairfax County Public Schools, in her official capacity; LISA COONS,

*Defendants-Appellees.*

―――――――――――

On Appeal from the United States District Court
for the Eastern District of Virginia (Alexandria)
Case No. 1:22-cv-01070-MSN-IDD

―――――――――――

### UNOPPOSED MOTION OF VIRGINIA DEPARTMENT OF EDUCATION AND LISA COONS FOR LEAVE TO FILE A SEPARATE BRIEF

―――――――――――

| | |
|---|---|
| JASON S. MIYARES<br>*Attorney General* | ANDREW N. FERGUSON<br>*Solicitor General* |
| | Office of the Attorney General<br>202 North Ninth Street<br>Richmond, Virginia 23219 |
| September 21, 2023 | (804) 786-7704 – Telephone |

*(Additional counsel listed on inside cover)*

| | | |
|---|---|---|
| Jackie Lynn White, II<br>MCGUIREWOODS LLP<br>1750 Tysons Boulevard<br>Suite 1800<br>Tysons, VA 22102<br>T: (703) 712-5474 | Farnaz Farkish Thompson<br>MCGUIREWOODS LLP<br>888 16th Street, NW<br>Washington, DC 20006<br>T: (202) 857-2488 | Brian D. Schmalzbach<br>MCGUIREWOODS LLP<br>800 East Canal Street<br>Richmond, VA 23219<br>T: (804) 775-4746 |

*Counsel for Defendants-Appellees*
*Virginia Department of Education and Lisa Coons*

Pursuant to Local Rule 28(d), Defendants-Appellees Virginia Department of Education and Lisa Coons, in her official capacity as Superintendent of Public Instruction, (the "Commonwealth Appellees") respectfully request leave to file a full-length brief in this case separate from Defendants-Appellees Fairfax County School Board and Dr. Michelle Reid, Superintendent of Fairfax County Public Schools, in her official capacity (the "Fairfax County Appellees").

As explained below, the district court in this case dismissed the Plaintiffs-Appellants' claims against both the Commonwealth Appellees and the Fairfax County Appellees. The Commonwealth Appellees—an executive department and an executive officer of the Commonwealth—have a strong institutional interest in exercising independent litigation judgment regarding the claims at issue in this appeal. Counsel for the Plaintiffs-Appellants and the Fairfax County Appellees do not object to this motion.

1. This appeal arises from the dismissal of a putative class action lawsuit on behalf of two Virginia students and their parents under the Individuals with Disabilities Education Act (IDEA), 20 U.S.C. § 1400 *et seq.*, and the Equal Protection and Due Process Clauses of the Fourteenth Amendment (via 42 U.S.C. § 1983). *See* Am. Compl., No. 1:22-cv-1070 (E.D. Va.) (Doc. 43). Plaintiffs allege that they were deprived of a free appropriate public education and that the due process hearings in which they could challenge that alleged deprivation were

inadequate. Plaintiffs asserted separate claims against the Commonwealth Appellees and the Fairfax County Appellees for separate alleged violations of the IDEA, citing distinct portions of the IDEA that reflect the different roles of state educational agencies and local educational agencies in administering the statute. *See id.* at 101-08.

2. The district court granted the Commonwealth Appellees' and Fairfax County Appellees' respective motions to dismiss, and plaintiffs appealed. This Court issued a briefing order on August 16, 2023, stating that "[a]ll parties to a side must join in a single brief, even in consolidated cases, unless the court has granted a motion for leave to file separate briefs." The briefing order directed Appellants to file their opening brief and appendix by September 25, Appellees to file a response brief by October 25, and any reply brief to be filed 21 days thereafter.

3. There is good cause to allow the Commonwealth Appellees to file a separate response brief from the Fairfax County Appellees in this appeal. The Commonwealth Appellees have a strong institutional interest in exercising independent litigation judgment in this context. Indeed, under Virginia law the legal arguments to be advanced by the Commonwealth Appellees in this Court must be within the exclusive control of the Commonwealth's Attorney General. *See* Va. Code § 2.2-507. A requirement to coordinate a joint litigating position with constitutionally independent school divisions and their officers, *see* Va. Const. art.

2

VIII, § 7, is inconsistent with that statutory responsibility. Allowing the Commonwealth Appellees and the Fairfax County Appellees to proceed separately will be consistent with the manner in which the parties litigated this case in district court, where the Commonwealth Appellees filed a separate motion to dismiss. *See* Docs. 36 (motion to dismiss), 37 (brief in support).

4. The Commonwealth Appellees also request that the Court treat the brief of the Commonwealth Appellees as a separate brief for purposes of the type-volume limitations of Federal Rule of Appellate Procedure 32(a). The Commonwealth Appellees will, of course, make every reasonable effort to avoid burdening the Court with duplicative argument.

5. Counsel for the Plaintiff-Appellants and the Fairfax County Appellees have stated that they do not object to this motion.

## CONCLUSION

The Court should grant the Commonwealth Appellees leave to file a separate, full-length response brief.

Dated: September 21, 2023                    Respectfully submitted,

/s/ Brian D. Schmalzbach
Brian D. Schmalzbach

JASON S. MIYARES                             ANDREW N. FERGUSON
  *Attorney General*                           *Solicitor General*

Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-7704 – Telephone


Farnaz Farkish Thompson                      Brian D. Schmalzbach
MCGUIREWOODS LLP                             MCGUIREWOODS LLP
888 16th Street, NW                          800 East Canal Street
Washington, DC 20006                         Richmond, VA 23219
T: (202) 857-2488                            T: (804) 775-4746
F: (202) 828-3358                            F: (804) 698-2304
fthompson@mcguirewoods.com                   bschmalzbach@mcguirewoods.com

Jackie Lynn White, II
MCGUIREWOODS LLP
1750 Tysons Boulevard
Suite 1800
Tysons, VA 22102
T: (703) 712-5474
F: (703) 712-5206
jwhite@mcguirewoods.com

*Counsel for Defendants-Appellees Virginia Department of Education and Lisa Coons*

4

## CERTIFICATE OF COMPLIANCE

This motion complies with the word limit of Fed. R. App. P. 27(d)(2)(A), as it contains 597 words, excluding the portions exempted by Rule 32(f).

This motion complies with the typeface and type style requirements of Fed. R. App. P. 32(a)(5) and Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced, 14-point Times New Roman font using Microsoft Word.

*/s/ Brian D. Schmalzbach*
Brian D. Schmalzbach

*Counsel for Defendants-Appellees*
*Virginia Department of Education and*
*Lisa Coons*

5

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2023, the foregoing document was filed with the Clerk of the United States Court of Appeals for the Fourth Circuit using the appellate CM/ECF system, which will serve all counsel of record.

        */s/ Brian D. Schmalzbach*
        Brian D. Schmalzbach

        *Counsel for Defendants-Appellees*
        *Virginia Department of Education and*
        *Lisa Coons*