FILED: September 21, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1854
(1:22-cv-01070-MSN-IDD)

_____

D.C., by his parents and guardians, Trevor Chaplick and Vivian Chaplick; TREVOR CHAPLICK; VIVIAN CHAPLICK; HEAR OUR VOICES, INC., on behalf of themselves and all others similarly situated; JAMES BINGHAM; M.B., by his parents and guardians, James Bingham and Sheila Bingham; SHEILA BINGHAM

        Plaintiffs - Appellants

v.

FAIRFAX COUNTY SCHOOL BOARD; VIRGINIA DEPARTMENT OF EDUCATION; DR. MICHELLE REID, Superintendent of Fairfax County Public Schools, in her official capacity; LISA COONS

        Defendants - Appellees

_____

O R D E R

_____

The court grants the Commonwealth Appellees leave to file a separate brief, and the length of each brief shall not exceed the length limitations established by the Federal Rules of Appellate Procedure. See Fed. R. App. P. 32(a)(7) & 28.1(e).

All parties to a side shall continue to share time for oral argument provided by this court's Local Rule 34(d).

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk