# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 26, 2023

_____

DOCKET CORRECTION NOTICE

_____

No. 23-1854,  <u>D.C. v. Fairfax County School Board</u>
  1:22-cv-01070-MSN-IDD

TO:
  Vivian Chaplick
  D.C.
  Trevor Chaplick
  James Bingham
  M.B.
  Sheila Bingham
  Hear Our Voices, Inc.

**JOINT APPENDIX CORRECTION DUE:  October 2, 2023**

Please make the correction identified below and file a corrected document by the due date indicated. Use the **JOINT APPENDIX** entry and select "Corrected" as a modifier if corrections require the refiling of the electronic brief/joint appendix. Arrangements may be made with the clerk for return of paper copies for correction, if applicable. The time for filing the next brief is unaffected by this notice.

[✔] Appendix must only contain record material from the case being appealed. Please correct and refile.

Kirsten Hancock, Deputy Clerk
804-916-2704