FILED: October 5, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1854
(1:22-cv-01070-MSN-IDD)

_____

D.C., by his parents and guardians, Trevor Chaplick and Vivian Chaplick; TREVOR CHAPLICK; VIVIAN CHAPLICK; HEAR OUR VOICES, INC., on behalf of themselves and all others similarly situated; JAMES BINGHAM; M.B., by his parents and guardians, James Bingham and Sheila Bingham; SHEILA BINGHAM

      Plaintiffs - Appellants

v.

FAIRFAX COUNTY SCHOOL BOARD; VIRGINIA DEPARTMENT OF EDUCATION; DR. MICHELLE REID, Superintendent of Fairfax County Public Schools, in her official capacity; LISA COONS

      Defendants - Appellees

_____

O R D E R
_____

The court grants an extension of the briefing schedule. Any further request for an extension of time in which to file the response brief shall be disfavored. The briefing schedule is extended as follows:

      Response brief due: 12/11/2023

      Reply brief due: 01/22/2024

                                For the Court--By Direction

                                /s/ Nwamaka Anowi, Clerk