**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501, Richmond, Virginia 23219

February 5, 2024

_____

RESPONSE REQUESTED - SIMILAR CASES
_____

No. 23-1854, <u>D.C. v. Fairfax County School Board</u>
                1:22-cv-01070-MSN-IDD

TO:     Vivian Chaplick
          Fairfax County School Board
          D.C.
          Lisa Coons
          Trevor Chaplick
          Virginia Department of Education
          James Bingham
          M.B.
          Sheila Bingham
          Hear Our Voices, Inc.
          Michelle Reid

**RESPONSE DUE: 02/08/2024**

Response is required to the notice requesting information regarding similar cases on or before 02/08/2024. Please use the following form to submit response: **[Response - Similar Cases](#)**, using the event: <u>RESPONSE/ANSWER (to Similar Case notice)</u>.

Kirsten Hancock, Deputy Clerk
804-916-2704