UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
RESPONSE – SIMILAR CASES

Appeal No. & Caption: 23-1854 | D.C., et al. v. Fairfax County School Board, et al.

Please select the appropriate option below:

☑ I am not aware of any cases pending in the United States Court of Appeals for the
Fourth Circuit or the Supreme Court of the United States raising issues similar to
those raised by the instant case.

☐ I am aware of the following case(s) pending in the United States Court of Appeals
for the Fourth Circuit or the Supreme Court of the United States raising issues
similar to those raised by the instant case. (Please include a concise description of
the similar issues):

Signature: /s/ Julia B. Judkins     Counsel for: Appellees Fairfax County School Board and Superintendent Dr. Michelle Reid

Date: 2/8/2024

**File using event:** RESPONSE/ANSWER (to Similar Case notice)