# FOURTH CIRCUIT ORAL ARGUMENT ACKNOWLEDGMENT

This **Oral Argument Acknowledgment** form is to be completed and filed by arguing counsel within 7 days of the Oral Argument Notification. In criminal cases, counsel appearing for a defendant but not arguing must also file this form.

Case Number: 23-1854

Date of Oral Argument: 05/09/24

Caption: D.C. v. Fairfax County School Board

Attorney Arguing: William R.H. Merrill

Arguing on Behalf of (party name): D.C., by his parents and guardians, Trevor Chaplick and Vivian Chaplick; Trevor Chaplick; Vivian Chaplick; M.B., by his parents and guardians, James Bingham and Shelia Bingham; James Bingham, Shelia Bingham; Hear our Voices, Inc.

Select party type:
☑ Appellant ☐ Appellee ☐ Appellant/Cross-Appellee ☐ Appellee/Cross-Appellant ☐ Amicus ☐ Intervenor

Attorney Appearing for Defendant but **Not Arguing** in Consolidated Criminal Case:

**Argument Time:** Please indicate how much argument time you wish to use. You may thereafter change your requested time or change counsel arguing by filing a new **Oral argument acknowledgment** form and selecting "Amended" within the entry. Counsel arguing the case must be admitted to the Fourth Circuit, file an appearance of counsel form, and file this acknowledgment form.
 → 20 minutes of argument time are allotted per side; all parties to a side must share oral argument time
 → 15 rather than 20 minutes are allotted in social security, black lung & labor cases in which primary issue is whether substantial evidence supports agency decision, and in criminal cases in which primary issue is application of sentencing guidelines; 30 minutes are allotted in en banc cases
 → Appellants and cross-appellants may reserve up to 1/3 of their time for rebuttal (7 out of 20 minutes)

First Attorney Arguing Per Side: William R.H. Merrill
Phone Number (day of argument): 832-613-7370

Principal Argument Time: 14
(for appellants and appellees)

Rebuttal Argument Time (if any): 6
(appellants and cross-appellants only)

Any Second Attorney Sharing Arguing Time:
Phone Number (day of argument):

Principal Argument Time:
(for appellants and appellees)

Rebuttal Argument Time (if any):
(appellants and cross-appellants only)

Any Counsel for Amicus Participating in Argument by Leave of Court:

Phone Number (day of argument):

Argument Time:

Select one of the following: ☐ Order allowing argument time
☐ Court-Appointed Amicus

Signature: /s/ William R. H. Merrill     Date: 03/19/24