No. • 23-1854

United States Court of Appeals
Fourth Circuit

D.C., By His Parents and Guardians; Trevor Chaplick; Vivian Chaplick; Hear Our Voices, Inc., On Behalf of Themselves And All Others Similarly Situated; James Bingham; M.B., By His Parents And Guardians, James Bingham and Sheila Bingham; Sheila Bingham,
*Plaintiffs-Appellants*,

v.

Fairfax County School Board; Virginia Department Of Education; Dr. Michelle Reid, Superintendent Of Fairfax County Public Schools, In Her Official Capacity; Lisa Coons,
*Defendants-Appellees*.

Motion to Withdraw as Counsel

I, Andrew N. Ferguson, have resigned from the Office of the Attorney General and hereby respectfully request to be withdrawn as counsel of record for Defendants-Appellees, Virginia Department of Education and Lisa Coons. Defendants-Appellees will continue to be represented in this case by Kevin M. Gallagher and other attorneys from the Office of the Attorney General.

1

Dated: March 25, 2024                               Respectfully submitted,

                                        By:    /s/ Andrew N. Ferguson
                                                Andrew N. Ferguson

JASON S. MIYARES                        Erika L. Maley
  *Attorney General*                     *Solicitor General*

CHARLES H. SLEMP, III
  *Chief Deputy Attorney General*

                                        Office of the Attorney General
                                        202 North Ninth Street
                                        Richmond, Virginia 23219
                                        (804) 786-5315 – Telephone
                                        (804) 371-0200 – Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2024, I electronically filed the foregoing with the Clerk of this Court by using the appellate CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

                                        /s/ Andrew N. Ferguson
                                        Andrew N. Ferguson

2