FILED: March 25, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1854
(1:22-cv-01070-MSN-IDD)

_____

D.C., by his parents and guardians, Trevor Chaplick and Vivian Chaplick;
TREVOR CHAPLICK; VIVIAN CHAPLICK; HEAR OUR VOICES, INC., on
behalf of themselves and all others similarly situated; JAMES BINGHAM; M.B.,
by his parents and guardians, James Bingham and Sheila Bingham; SHEILA
BINGHAM

   Plaintiffs - Appellants

v.

FAIRFAX COUNTY SCHOOL BOARD; VIRGINIA DEPARTMENT OF
EDUCATION; DR. MICHELLE REID, Superintendent of Fairfax County Public
Schools, in her official capacity; LISA COONS

   Defendants - Appellees

_____

O R D E R
_____

The court grants the motion to withdraw from further representation on

appeal.

   For the Court--By Direction

   /s/ Nwamaka Anowi, Clerk